# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| Mary K. Henson, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) Case No. 10-0933-CV-W-JTM |
| | ) |
| Days Inns Worldwide, Inc., | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pursuant to the *Stipulation For Dismissal Without Prejudice*, filed March 15, 2011 [Doc. 15], it is

**ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE**, each party to bear its own costs and attorney fees.

                                                 */s/ John T. Maughmer*
                                            **JOHN T. MAUGHMER**
                                          **U. S. MAGISTRATE JUDGE**